# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## AMENDED CIVIL MINUTES - GENERAL

**CASE NO.:** CV-11-10121-R                                      **DATE:** MAY 10, 2012

**TITLE:** ROBBINS RESEARCH INT'L INC -V- IVOR MOTIJAUSKAS et al
================================================================

**PRESENT:**

<u>HON. MANUEL L. REAL, JUDGE</u>

<u>William Horrell</u>                                   <u>    N/A    </u>
**Deputy Clerk**                                      **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANT:**

    Not present                                     Not present

**PROCEEDINGS:** ORDER TO SHOW CAUSE why action should not be dismissed for failure to prosecute

THIS MATTER IS SET ON CALENDAR FOR HEARING ON MAY 21, 2012 AT 11:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE OF THE PLAINTIFF TO MOVE FOR DEFAULT JUDGMENT OF THE DEFAULTED DEFENDANTS.

PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY; FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.

cc: counsel of record

**MINUTES FORM II**                                        Initials of Deputy Clerk__WH____
**CIVIL - GEN**                          D-M