1  **BRIAN G. WOLF (SBN 135257)**
   **DAVID B. JONELIS (SBN 265235)**
2  **LAVELY & SINGER PROFESSIONAL CORPORATION**
   2049 Century Park East, Suite 2400
3  Los Angeles, California 90067-2906
   Telephone: (310) 556-3501
4  Facsimile: (310) 556-3615
   E-Mail: bwolf@lavelysinger.com
5           djonelis@lavelysinger.com

JS - 6

6  Attorneys for Plaintiff
   ROBBINS RESEARCH INTERNATIONAL, INC.
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 ROBBINS RESEARCH              ) CASE NO. CV11-10121-R(AJWx)
   INTERNATIONAL, INC., a Nevada )
12 Corporation,                  ) [Hon. Manuel L. Real]
                                 )
13           Plaintiff,          )
                                 ) **JUDGMENT AND ORDERS AGAINST**
14      -vs-                     ) **DEFENDANTS DEFENDANTS**
                                 ) **(1) IVOR MOTIJAUSKAS, (2)**
15 IVOR MOTIJAUSKAS, an          ) **AIVARAS MOTIJAUSKAS, (3) JOHN**
   individual; AIVARAS           ) **MOSES, AND (4) PERSONAL-**
16 MOTIJAUSKAS, an individual;   ) **POWER.CO.UK**
   JOHN MOSES, an individual;    )
17 PERSONAL-POWER.CO.UK, a       )
   business entity, form unknown; and )
18 DOES 1-10, inclusive,         )
                                 )
19           Defendants.         )
                                 )
20                               )
   _____)
21

## JUDGMENT AND ORDERS

IT IS ADJUDGED AND DECREED that Plaintiff ROBBINS RESEARCH INTERNATIONAL, INC. ("Plaintiff" and/or "RRI") is deemed the prevailing party on the second and third causes of action for Trademark Infringement and Cybersquatting in the captioned action, and an order and judgment shall hereby issue and be entered against defendants IVOR MOTIJAUSKAS, AIVARAS MOTIJAUSKAS, JOHN MOSES and PERSONAL-POWER.CO.UK (collectively, "Defendants"), as follows:

(1) Pursuant to 15 U.S.C. § 1125(d)(1)(c), it is hereby ordered that all ownership in, registration of and control of the domain name <**Personal-Power-co.uk**> (the "Domain Name") -- and any other domain name in the registration or control of Defendants that includes the trademarks "ANTHONY ROBBINS PERSONAL POWER" and "PERSONAL POWER" (the "RRI Marks") -- is transferred and assigned to Plaintiff; and, it is further ordered that the top-level registry and registrar(s) with control over the Domain Name (including, but not limited to, GoDaddy.com, Nominet.org.uk, and Key-Systems.net) are to effect and cause transfer of registration and control of the Domain Name to Plaintiff; and

(2) Pursuant to 15 U.S.C. § 1117 (a) and (d), and upon a finding by the Court that it is just, it is hereby ordered that a monetary Judgment for statutory damages in the sum of One Hundred Thousand Dollars (**$100,000.00**) issue and be entered in favor of Plaintiff for recovery against Defendants, jointly and severally, for damages and compensation deemed specifically awarded for and arising out of intentional tortious conduct by Defendants; plus interest thereon at the statutory limit, and recovery of all costs and fees incurred in execution of, enforcement and collection of the Judgment; and

(3) Pursuant to 15 U.S.C. § 1117 (a)(3), it is hereby ordered that Plaintiff is awarded recovery of all costs incurred in this action, including an award of

1 reimbursement of reasonable attorneys' fees, upon the Court's express finding that
2 Defendants' conduct was wilful and particularly egregious in this matter, in the
3 amount of Seventeen-Thousand Nine Hundred and Thirty One Dollars and Fifty
4 Cents ($17,931.50), plus interest thereon at the statutory limit; and

5     (4)    Pursuant to 15 U.S.C. § 1116(a), it is hereby ordered that a Permanent
6 Injunction issue and is entered in favor of Plaintiff against Defendants, and each of
7 them, and their agents and employees and representatives, pursuant to which they
8 are permanently restrained, enjoined, and prohibited from any use of the Domain
9 Name or RRI Marks and from use of any other variations thereof, and from posting
10 content, distributing, importing, exporting, advertising, promoting, selling offering
11 for sale, and/or in anyway using  (including on any platform, medium, and/or
12 website) any trademarks, service marks or device in the United States which use or
13 incorporate or that are identical or confusingly similar to the RRI Marks.

**IT IS SO ORDERED.**

DATED: _June 4, 2012_    _____
The Honorable Manuel L. Real
United States District Court Judge